

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOEL D. LUCOFF and
SYBIL B. LUCOFF,

09-CV-60179-Dimitrouleas-Rosenbaum

    Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA"). Plaintiffs also allege a state law tort for intrusion upon seclusion.

### JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiffs reside here and Defendant placed telephone calls into this District.

### PARTIES

3. Plaintiff, JOEL D. LUCOFF, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida. JOEL D. LUCOFF is the son of Plaintiff, SYBIL B. LUCOFF.

4. Plaintiff, SYBIL B. LUCOFF, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

5. Defendant, NCO FINANCIAL SYSTEMS, INC., is believed to be a corporation with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania 19044.

6. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant regularly collects or attempts to collect debts for other parties.

8. Defendant is a "debt collector" as defined in the FDCPA.

9. Defendant was acting as a debt collector with respect to the collection of Plaintiffs' alleged debt.

## FACTUAL ALLEGATIONS

10. Defendant sought to collect from Plaintiffs an alleged debt arising from transactions incurred for personal, family or household purposes.

11. Defendant left the following messages on Plaintiff's voice mail, on or about the dates stated:

## Calls Regarding Account No. JAG161

November 14, 2007                                    **Son's Cellular Phone**
Message for Sybil Lucoff. My name is Sylvia. Sybil get back to me on 866-437-7403. Once again I repeat the number, it is 866-437-7403.

November 18, 2007, December 1, 2007            **Son's Cellular Phone**
a debt and any information obtained will be used for that purpose. Please call Bill Decker back today at 1-866-437-7403. Once again the number is 866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

December 3, 2007                                    **Son's Cellular Phone**
a debt and any information obtained will be used for that purpose. Please call Bill Decker back today at 1-866-437-7403. Once again that number is 1-866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

December 3, 2007                                    **Son's Cellular Phone**
Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-437-7403. Once again the number is 1-866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

December 7, 2007                                    **Son's Cellular Phone**
Message for Sybil. Sybil, this is _____ (inaudible). Call me back. My number is 866-437-7403. Thank you.

December 9, 10, 2007                                **Son's Cellular Phone**
at 1-866-437-7403. Once again the number is 1-866-437-7403.
JAG161 is your reference ID. Again your reference ID is JAG161.

December 10, 2007                                   **Son's Cellular Phone**
Hi. This is _____ (inaudible) calling from NCO Financial Systems. Call me back at 1-866-437-7403. 1-866-437-7403. Thank you. Have a great day. Bye, bye.

December 15, 2007                                   **Son's Cellular Phone**
Hi. Sybil. This is Aneshia. Call me today at 866-437-7403. When calling

back refer to your JAG161. Once again 866-437-7403. Thank you.

<u>December 29, 2007, January 15,17,21,30, March 8,26,30, April 4,7,20,27, 2008</u>                           **Son's Cellular Phone**
any information obtained will be used for that purpose. Please call Bill Decker back today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

<u>December 31, 2007</u>                                         **Son's Cellular Phone**
A message for Sybil Lucoff. This is _____(inaudible) . Call me at 866-437-7403. When calling back refer to your reference ID that is JAG161. Thank you.

<u>January 6, 2008</u>                                            **Son's Cellular Phone**
Please call back Bill Decker today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

<u>January 7, 2008</u>                                            **Son's Cellular Phone**
at 1-866-437-7403. Once again the number is 1-866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

<u>January 14, 2008</u>                                           **Son's Home Phone**
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-437-7403. Once again that number is 1-866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

<u>January 22, 2008</u>                                           **Son's Cellular Phone**
Important message from NCO Financial Systems, Inc., a debt collection company. The law requires I notify you that this is an attempt to collect a debt. Any information obtained will be used for that purpose. Give me a call back at 866-437-7403. When calling back your reference ID is JAG-161. Make sure you give me a call as soon as possible. Thank you.

<u>February 4, 2008</u>                                           **Son's Cellular Phone**
Hi Sybil. This message is from NCO Financial Systems. Call me back on

4

my toll free number 866-437-7403. When calling back do refer to your reference ID. That is JAG161. Call me before 5 PM Eastern Standard time. Thank you.

<u>February 26, 2008, April 16, 2008</u>  **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll free at 1-866-437-7403. When calling us back the reference ID is JAG-161. Once again the number is 866-437-7403. Thank you. Goodbye.

<u>March 21, 2008</u>  **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-437-7403. Once again that number is 1-866-437-7403. Thank you. JAG161 is your reference ID. Again your reference ID is JAG161.

<u>April 15, 2008</u>  **Son's Cellular Phone**
This message is meant for Sybil Lucoff. This is Aneshia. Call me at 866-437-7403. Once again 866-437-7403. Thank you.

<u>May 6, 2008</u>  **Son's Cellular Phone**
Hi, Sybil. This is Meta calling you from NCO Financial System. Please give me a call back on my toll free number. It is 1-866-437-7403 and when calling back please refer to your reference ID that is JAG161. I will repeat the number once again 1-866-437-7403. Bye bye.

<u>Calls Regarding Account No. JQW461</u>

<u>March 11, 18, 2008</u>  **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-437-7403. Once again that number is 1-866-437-7403. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

5

<u>March 14, April 15,17,23,26, May 21,23,28, 2008</u>  **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today toll free at 1-866-437-7403. When calling us back the reference ID is JQW461. Once again the number is 866-437-7403. Thank you. Goodbye.

<u>May 29, 2008</u>                                **Son's Cellular Phone**
Please call back Bill Decker today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

<u>June 6,8, July 7,9, 2008</u>                   **Son's Cellular Phone**
any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

<u>June 7, July 1, 2008</u>                       **Son's Cellular Phone**
a debt and any information obtained will be used for that purpose. Please call back Bill Decker today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

<u>June 10, 2008</u>                              **Son's Cellular Phone**
collect a debt and any information obtained will be used for that purpose. Please call Bill Decker back today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

<u>June 11, 2008</u>                              **Son's Cellular Phone**
This is a message for Sybil. Call back… This is a call from NCO Financial Systems. Call back number is 866-437-7403. When calling back refer to your reference ID that is JQW461. I repeat JQW461.

<u>June 11,13,20,22,24,27,29,30, July 3,5, 2008</u>     **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be

6

used for that purpose. Please call us back today toll free at 1-866-437-7403. When calling us back the reference ID is JQW461. Thank you. Goodbye.

<u>June 14, 2008</u>                                                         **Son's Cellular Phone**
obtained will be used for that purpose. Please call Bill Decker back today at 1-866-576-1447. Once again the number is 1-866-576-1447. Thank you. JQW461 is your reference ID. Again your reference ID is JQW461.

<u>June 17, 2008</u>                                                         **Son's Cellular Phone**
Hi, Sybil. This is Teron calling you from NCO Financial Systems. Please call me back as soon as you receive this message. Please call me back on my number that is 866-437-7403 and while calling back refer to your reference ID. Your reference ID will be J like in Jackson, Q like in quback, W like in water 461. I repeat the number to call back will be 866-437-7403. Thank you.

## Calls Regarding An Unidentified Account

<u>August 21,26, 2007</u>                                                    **Son's Cellular Phone**
This is an important message from NCO Financial Systems, a debt collection company. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today at 866-401-2140. Once again that number is 866-401-2140. Thank you.

<u>August 30, 2007</u>                                                       **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today at 800-883-0613. Once again that number is 800-883-0613. Thank you.

<u>September 2,9, 2007</u>                                                   **Son's Cellular Phone**
This is an important message from NCO Financial Systems, Inc.. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today at 866-401-2140. Once again that number is 866-401-2140. Thank you.

12. Based upon information and belief, Defendant left other messages on other occasions within one-year of the filing of this complaint. (Collectively, "the telephone messages").

13. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div.</u>, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

14. In some of the messages, Defendant failed to inform Plaintiffs that the communication was from a debt collector, failed to inform the Plaintiffs of its name and failed to disclose the purpose of Defendant's messages.

15. Based upon information and belief, Defendant knew it was required to disclose its name, that it is a debt collector and the purpose of its communication in telephone messages to Plaintiffs.

16. Based upon information and belief, Defendant used an automatic telephone dialing system or a pre-recorded voice or artificial voice to place numerous telephone calls to Plaintiff, JOEL D. LUCOFF'S, cellular telephone within four-years of the filing of this complaint.

17. Plaintiff, JOEL D. LUCOFF, did not expressly consent to Defendant's placement of telephone calls to his cellular telephone by the use of an automatic telephone dialing system or a pre-recorded voice or artificial voice prior to Defendant's placement of the calls.

8

18. None of Defendant's telephone calls placed to Plaintiffs were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

19. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

20. Plaintiffs incorporate Paragraphs 1 through 19.

21. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

22. Plaintiffs incorporate Paragraphs 1 through 19.

23. Defendant placed telephone calls to Plaintiffs without making meaningful disclosure of its identity when it failed to disclose its name and or that

it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT

24.    Plaintiffs incorporate Paragraphs 1 through 19.

25.    The number of Defendant's telephone calls to Plaintiffs is conduct the natural consequence of which is to harass, oppress or abuse any person in violation of 15 U.S.C §1692d. See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149 (N.D. Cal. 2007).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiffs incorporate Paragraphs 1 through 19.

27. Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name, that it is a debt collector and the purpose of its communications, by the high number of telephone calls, and by using an automatic telephone dialing system or pre-recorded voice or artificial voice in placing calls to Plaintiff's cellular telephone to which Plaintiff had not consented, all done when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiffs incorporate Paragraphs 1 through 19.

11

29. By failing to disclose its name, that it is a debt collector and the purpose of its communication, by the high number of calls placed, and by using an automatic telephone dialing system or pre-recorded voice or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiffs requests that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT VI
## INVASION OF PRIVACY BY INTRUSION ON SECLUSION

30. Plaintiffs incorporate Paragraphs 1 through 19.

31. Congress explicitly recognized a consumer's inherent right to privacy in collection matters in passing the Fair Debt Collection Practices Act, when it stated as part of its findings:

> Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

15 U.S.C. § 1692(a) (emphasis added).

32. Defendant intentionally interfered with the solitude and seclusion of

12

Plaintiff by repeatedly and unlawfully attempting to collect an alleged debt via repeated telephone calls placed by the use of illegal means and thereby invaded Plaintiff's privacy, seclusion and solitude.

33. Defendant intentionally caused harm to Plaintiff's emotional well being by engaging in highly offensive conduct in the course of collecting the alleged debt, and thereby invaded and intruded upon Plaintiff's right to privacy.

34. Plaintiff has a reasonable expectation of privacy in maintaining Plaintiff's solitude, seclusion and private affairs.

35. These intrusions and invasions against Plaintiff occurred in a way that is highly offensive to a reasonable person.

WHEREFORE, Plaintiff, JOEL D. LUCOFF, requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages; and

  c. Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

36. Plaintiffs incorporate Paragraphs 1 through 19.

37. Defendant placed non-emergency telephone calls to Plaintiff, JOEL D. LUCOFF's, cellular telephone using an automatic telephone dialing system or pre-recorded voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff, JOEL D. LUCOFF, requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages; and

    b.    Such other or further relief as the Court deems proper.

## COUNT VIII
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

38. Plaintiffs incorporate Paragraphs 1 through 19.

39. Pursuant to 28 U.S.C §§2201 and 2202, Plaintiffs seek a declaration that Defendant's practices are in violation of the TCPA.

40. Pursuant to 47 U.S.C § 227 (c)(5)(A), Plaintiffs seek a permanent injunction prohibiting Defendants from placing non-emergency telephone calls to the cellular telephone of any person by the use of an automatic telephone dialing system or pre-recorded or artificial voice without that person's prior express consent.

41. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

42. Pursuant to 28 U.S.C §§2201 and 2202, Plaintiffs seek a declaration that Defendant's practices violate the FCCPA.

43. Plaintiffs seek a permanent injunction prohibiting Defendant from engaging in debt collection practices violative of the FCCPA.

WHEREFORE, Plaintiffs request that the Court enter judgment:

a. declaring that Defendants practices violate the TCPA and the FCCPA;

b. permanently injoining Defendants from engaging in the violative practices; and

c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 3 day of February, 2009.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: _____
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Joel D. Lucoff and Sybil B. Lucoff

**DEFENDANTS**

NCO Financial Systems, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES) MIAMI-DADE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0:09CV 60179-WPD-RSR

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case    15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Pers. Injury-Med Malpractice | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury-Prod. Liability | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending B | ☐ 640 R.R. & Truck | ☐ 850 Securities /Commodities /Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personnel Property Damage | ☐ 650 Airline Regs | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 660 Occupational Safety/Health | ☐ 891 Agricultural Acts |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 690 Other | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | **B SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions* *A or B |
| | | **A LABOR** | | |
| | | ☐ 710 Fair Labor Standards Act | | |
| | | ☐ 720 Labor Management Relations B | | |
| | | ☐ 730 Labor Management Reporting & Disclosure Act | | |
| | | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | |
| | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1. Original Proceeding   ☐ 2 Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A ☐ UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A   ☐ Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See Instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: February 3, 2009    SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 545382   Amount: _____   Date Paid: _____   M/ifp: _____

S/F 1-2
REV. 9/94